

**Kent & Risley LLC**

5755 N Point Parkway Ste 57
Alpharetta, GA  30022
www.KentRisley.com

**Cortney S. Alexander**
*Partner*
(404) 855-3867
cortneyalexander@kentrisley.com

December 13, 2021

BY ECF and EMAIL

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The request is granted.  This case is stayed until February 14, 2022, and all schedules and conferences are adjourned *sine die*.  The parties shall file a dismissal or, in the alternative, a status letter by that date.
>
> SO ORDERED. Date: December 14, 2021
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

Re:    *Diatek Licensing LLC v. Home Box Office, Inc.,* 1:21-cv-06457-JPC

Dear Judge Cronan:

Pursuant to the Court's Individual Practice 3(b), the parties write to respectfully request a sixty (60) day stay of the case. The parties have reached an agreement in principle to resolve the claims and counterclaims presented in this action. The parties therefore request a sixty (60) day stay of all deadlines, including discovery-related deadlines, to permit the parties time to finalize their agreement and move to dismiss the case.

In the event that the settlement agreement between the parties is not finalized and the case not dismissed within sixty (60) days, the parties will submit a status report to the Court on or before February 14, 2022 to update the Court on the status of settlement.

| | |
|---|---|
| s/ Natalie C. Clayton | /s/ Cortney S. Alexander |
| Natalie C. Clayton (NY Bar No. 4409538) | Cortney S. Alexander |
| Alston & Bird LLP | (admitted pro hac vice) |
| 90 Park Avenue | Kent & Risley LLC |
| New York, NY 10016 | 5755 N Point Pkwy, Ste 57 |
| Phone: (212) 210-9559 | Alpharetta, GA 30022 |
| Email:  natalie.clayton@alston.com | Phone: 404.855.3867 |
| | Email: cortneyalexander@kentrisley.com |
| Attorney for Defendant | Attorney for Plaintiff |

LEGAL02/41267167v1