# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIATEK LICENSING LLC,<br><br>   Plaintiff,<br><br>v.<br><br>HOME BOX OFFICE, INC.,<br><br>   Defendant. | Civil Action No. 1:21-cv-06457-JPC |

## JOINT MOTION TO DISMISS

Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

This 5th day of April, 2022.

Respectfully submitted,

*/s/ Cortney S. Alexander*
Cortney S. Alexander
(admitted pro hac vice)
Telephone: 404-855-3867
Email:
cortneyalexander@kentrisley.com

KENT & RISLEY LLC

1

5755 North Point Parkway
Suite 57
Alpharetta, Georgia 30022

Attorneys for Plaintiff

*/s/ Natalie C. Clayton*
Natalie C. Clayton
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9559
Email:  natalie.clayton@alston.com

David S. Frist (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777
Email:  david.frist@alston.com

*Counsel for Home Box Office, Inc.*