# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIATEK LICENSING LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME BOX OFFICE, INC.,<br><br>    Defendant. | Civil Action No. 1:21-cv-06457-JPC |

## **ORDER**

Before the Court is the parties' Joint Motion to Dismiss. Having considered the Motion, the Court finds that it should be GRANTED.

Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's counterclaims for relief against Plaintiff are dismissed without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

SO ORDERED.

SIGNED this 18th day of April 2022.

_____
THE HONORABLE JOHN P. CRONAN
U.S. DISTRICT COURT JUDGE