UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DIATEK LICENSING LLC,

                     Plaintiff,

  -against-                                       21 **CIVIL** 6457 (JPC)

## JUDGMENT

HOME BOX OFFICE, INC.,

                     Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 19, 2022, and having considered the Motion, the Court finds that it is GRANTED. Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's counterclaims for relief against Plaintiff are dismissed without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

**Dated:** New York, New York

      April 20, 2022

                                                               **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                   **BY:**

                                                                **Deputy Clerk**